### FOOT ET AL. v. CADY.

The records of a justice cannot be amended, after the court is over, without there are some minutes in writing, to amend by. Every special issue to the court or jury, must be answered directly in the terms of it.

ERROR, complaining of a judgment of a justice in an action brought by Cady against said Foot et al., a society called Mr. Foster's adherents, for inserting his name in a rate-bill and collecting it, which was granted to pay Mr. Foster's salary.

The defendants plead — That they did insert his name in said rate-bill with his rate annexed to it and have collected it,

which they had good right to do; for that said Cady was one of Mr. Foster's adherents, and by the law constituting them a society was made liable to be taxed for his support.

The plaintiff traversed this plea, and issue was joined upon it; and said justice gave judgment, that the defendants did grant the tax and collect it without law or right, and that the plaintiff recover, etc.

Error assigned — That the justice has not found the issue one way or the other.

A motion was made that the justice might amend the record.

By the COURT. It may not be done unless he has some written minutes or memorandum to amend by.

Judgment — Manifest error. Every issue in fact joined to the court or jury must be directly answered. That the defendants laid and collected said tax without law and right, is an inference of law; but the most material fact put in issue, viz. that said Cady was one of Mr. Foster's adherents, the justice has not found, and without which it is impossible to know whether the inference he has made is right or wrong.